```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA


GERALD McCABE, LARRY McCABE        :
and LORI McCABE,                   :
                                   :
     Plaintiff,                    :     Civil Action File
                                   :     No.: 7:09-CV-125
v.                                 :
                                   :
FORD MOTOR COMPANY, INC.           :
                                   :
     Defendant.                    :
```

**ORDER STAYING ALL PROCEEDINGS UNTIL TRANSFER**

Having considered the Motion of Ford Motor Company to stay all proceedings pending transfer of this matter to the multidistrict litigation proceeding ("MDL") or, in the alternative, to continue the case management conference, it is hereby ORDERED that all proceedings in this case, including any outstanding discovery requests, are stayed until this matter is transferred to the MDL.

IT IS SO ORDERED, this 17th day of December, 2009.


                              *s/ Hugh Lawson*
                              Judge, U.S. District Court
                              Middle District of Georgia

3